[No. 17760-5-I.   Division One.   August 31, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN DOUGLAS ROBINSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-02573-0, Donald D. Haley, J., entered January 15, 1986. *Affirmed* by unpublished opinion per Williams, J. Pro Tem., concurred in by Ringold, A.C.J., and Pekelis, J.

[No. 17548-3-I.   Division One.   August 31, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES LEON TEDDINGTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-01575-1, David C. Hunter, J., entered October 30, 1985. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Webster, JJ.

[No. 17582-3-I.   Division One.   August 31, 1987.]

SPERRY CORPORATION, ET AL, *Appellants,* v. THE CITY OF SEATTLE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 85-2-09069-1, Mary Wicks Brucker, J., entered December 2, 1985. *Dismissed* by unpublished opinion per Revelle, J. Pro Tem., concurred in by Callow and Stewart, JJ. Pro Tem.